IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-00546-CMA-MJW

ROBERT K. SCHADER,

    Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
   a Delaware Corporation;
AURORA LOAN SERVICES LLC, a Delaware limited liability company;
RICHARD D. GEBHARDT in his capacity as
PUBLIC TRUSTEE FOR BOULDER COUNTY; and
All unknown persons who claim any interest in the subject matter of action,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF DEFENDANT RICHARD D. GEBHARDT**

---

This matter is before the Court on the Plaintiff's Motion To Dismiss Defendant Richard D. Gebhart [sic] in his Capacity as Public Trustee for Boulder County (Doc. # 21). The Court has reviewed the Motion and ORDERS as follows:

Defendant Richard D. Gebhardt, in his capacity as Public Trustee for Boulder County, is hereby DISMISSED as a Defendant in this matter. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Richard D. Gebhardt, in his capacity as Public Trustee for Boulder County, as a Defendant in this case.

    DATED: July __20__, 2011

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge