IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-00546-RBJ-MJW

ROBERT K. SCHADER,

    Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
AURORA LOAN SERVICES, LLC, and
RICHARD D. GEBHARDT in his capacity as Public Trustee for Boulder County,

    Defendants.

## MINUTE ORDER

Entered by Judge R. Brooke Jackson

It is hereby ORDERED that Plaintiff's Unopposed Motion to Dismiss All Claims Against Defendants Mortgage Electronic Registration Systems, Inc., and Aurora Loan Services, LLC (#30) is granted. The claims against those two Defendants are dismissed with prejudice.

Claims against Defendant Richard Gebhardt were previously dismissed on July 20, 2011.

DATED this 3rd day of November, 2011.