IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-00546-RBJ-MJW

ROBERT K. SCHADER,

    Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
AURORA LOAN SERVICES, LLC, and
RICHARD D. GEBHARDT in his capacity as Public Trustee for Boulder County,

    Defendants.

---

## MINUTE ORDER

---

Entered by Judge R. Brooke Jackson

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Dismiss All Claims Against Defendants Mortgage Electronic Registration Systems, Inc., and Aurora Loan Services, LLC (#30) is granted. The claims against those two Defendants are dismissed with prejudice.

    Claims against Defendant Richard Gebhardt were previously dismissed on July 20, 2011.

    DATED this 3rd day of November, 2011.